CHESTER V. ARACHY *v.* GERARD SCHOPEN

SUPERIOR COURT      HARTFORD COUNTY      FILE No. 118118

Memorandum filed January 19, 1960

*Stephen A. Brennan,* of East Hartford, for the plaintiff.

*Regnier & Moller,* of Hartford, for the defendant.

PHILLIPS, J.   Plaintiff was injured when diving off a diving board in defendant's bathing resort. The second count sounds in nuisance.

The plaintiff obviously was not using the diving board in the exercise of a public right. *Dewing* v. *Old Black Point Assn.,* 19 Conn. Sup. 230. And there could be no private nuisance, since he was not injured in relation to a right which he enjoyed by

reason of his ownership of an interest in land. *Webel* v. *Yale University,* 125 Conn. 515, 525. There is no merit to the plaintiff's claim that because he was a licensee he came under the classification of an owner of an interest in land. *Bland* v. *Bregman,* 123 Conn. 61, 64.

The demurrer to the second count of the complaint is sustained.